```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

THE ALBACH COMPANY, INC.                         CIVIL ACTION

VERSUS                                           NO: 06-1572

SPN RESOURCES, L.L.C.                            SECTION: J(5)
```

### ORDER AND REASONS

Before the Court are the following three motions (1) **Motion for Summary Judgment (Rec. Doc. 57)**; (2) **Motion to Strike Exhibit to Motion for Summary Judgment (Rec. Doc. 71)**; and (3) **Motion for Summary Judgment or, Alternatively, Partial Summary Judgment (Rec. Doc. 58)**. These motions, which were opposed, were set for hearing on March 21, 2007 on the briefs.

Having reviewed the motion for summary judgment (Rec. Doc. 57) filed by Crescent City Marine Group d/b/a Schubert's Marine, the memoranda of counsel, and applicable law, the Court finds that material fact issues are present which preclude summary judgment. In making this determination the Court did not consider Exhibit E to that motion, therefore, it is appropriate to deny as moot the motion to strike this exhibit (Rec. Doc. 68); however, a motion in limine may be filed at a later date is necessary. Last, the Court determines that based on the memoranda of counsel and the applicable law, the motion for summary judgment filed by PMI and SPN should be denied in part (because issues of material fact exist) and granted in part only

to the extent that Plaintiff's Comprehensive Environment Response Compensation and Liability Act ("CERCLA") claims are dismissed. Accordingly,

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 57)** should be and hereby is **DENIED.**

**IT IS FURTHER ORDERED that** the **Motion to Strike Exhibit to Motion for Summary Judgment (Rec. Doc. 71)** should be and hereby is **DENIED as MOOT to be re-urged at a later date if necessary.**

**IT IS FURTHER ORDERED** that the **Motion for Summary Judgment or, Alternatively, Partial Summary Judgment (Rec. Doc. 58)** should be and hereby is **DENIED IN PART and GRANTED IN PART**.

New Orleans, Louisiana this 16th day of April, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE